# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159736(34)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN LYN BEVERLY,
      Defendant-Appellant.

_____/

SC: 159736
COA: 346682
Wayne CC: 17-009377-FH

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his reply is GRANTED.  The 17-page reply submitted on July 19, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2019



Clerk